Argued September 20, affirmed September 20, 1972

STATE OF OREGON, *Respondent, v.* RAYMOND
C. SCOTT (No. C 72-01-0293 Cr), *Appellant.*

500 P2d 1216

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

Affirmed from the bench.